UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANCISO LEIVA BARRERA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:13-cv-01348 (ESH) |
| | : | |
| NEW DA HSIN TRADING, INC., *et al.,* | : | |
| | : | |
| Defendants. | : | |

**JOIN STIPULATION OF DISMISSAL OF ALL COUNTS, CLAIMS, AND
COUNTERCLAIMS**

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), the Parties hereby dismiss all

claims and counterclaims alleged in this matter against Plaintiff and Defendants, without

prejudice.  Such action is proper under the Federal Rules as this Stipulation is signed, by

electronic means, by the Parties' attorneys of record.  The Parties do not desire or otherwise

request Court approval of their FLSA settlement.  Rather, the parties request only dismissal,

without prejudice.

WHEREFORE, the parties hereby notify the Court that this matter is dismissed, without

prejudice.

Respectfully submitted,

_____-S-_____

Harry Tun, Esquire
Bar No. 416262
*Harry Tun & Associates*
400 5th Street
Washington, DC 20001

_____-S-_____

Michael K. Amster
Bar No. 1001110
*Zipin, Amster & Greenberg, LLC*
Suite 300
836 Bonifant Street

(202) 393-2882 (tel)
Fax: (301) 530-2464


      and

Lawrence J. Sherman, Esq
***Law Office of Lawrence J. Sherman, PLLC***
Bar No. 28373
5614 Connecticut Ave, N.W.
Suite 261
Washington, DC 20015
Tel.: (301) 656-1068 (MD)/(202) 785-0384 (DC)
Fax: (301) 530-2464
Email: **shermanlaborlaw@msn.com**
Website: **www.shermanlaborlaw.com**

*Attorneys for Defendants and Counter-Plaintiffs*

Silver Spring, MD 20910
Direct: (240) 428-1053
Fax: (301) 587-9397
mamster@zagfirm.com
www.zaglawfirm.com

*Attorney for Plaintiff and Counter-Defendant*